AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | |
|---|---|
| v. | ) |
| | ) **Case: 1:21-mj-00046** |
| Hunter Seefried | ) **Assigned to: Judge Robin M. Meriweather** |
| | ) **Assign Date: 1/13/2021** |
| | ) **Description: COMPLAINT W/ARREST WARRANT** |
| | ) |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Hunter Seefried                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S. Code § 1361 - Government property or contracts

18 U.S.C. 1752 (a)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:     01/13/2021

*Issuing officer's signature*

Robin M. Meriweather
2021.01.13 13:49:00 -05'00'

City and state:     Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/14/2021, and the person was arrested on *(date)* 01/14/2021
at *(city and state)* Wilmington Delaware.

Date: 01/14/2021

*Arresting officer's signature*

Francis J Cesare  Special Agent
*Printed name and title*