UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| PLAINTIFF, : | |
| : | |
| v. : | Criminal No. 21-0046-2 (RMM) |
| : | |
| HUNTER SEEFRIED : | |
| : | |
| DEFENDANT, : | |

## NOTICE OF ENTRY OF APPEARANCE

The undersigned counsel, Edson A. Bostic, files this Notice of Entry of Appearance in the above-captioned case to appear as counsel for DEFENDANT, HUNTER SEEFRIED, in the United States District Court for the District of Columbia.

Respectfully submitted,

*[signature]*

EDSON A. BOSTIC, ESQUIRE
Pennsylvania Bar No.: 38479
The Bostic Law Firm
1700 Market Street, Suite 1005
Philadelphia, PA 10103
Email: eab.bosticfirm@gmail.com
Attorney for Defendant Hunter Seefried

Date: March 25, 2021