# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **KEVIN SEEFRIED**, <br><br> **HUNTER SEEFRIED**, <br><br> Defendants. | Case No. 1:21-cr-00287 (TNM) |

## ORDER

Defendant Hunter Seefried requests permission to travel for a prepaid family trip to Salvo, North Carolina from May 15, 2021 through May 22, 2021 while on pretrial release. *See* ECF No. 25.  The Government and Defendant's Pretrial Service Officer do not object to the request. *Id.* ¶ 6.  And the Court has already granted a similar motion to travel from co-defendant Kevin Seefried. *See* Min. Entry (May 4, 2021).  For these reasons, it is hereby

**ORDERED** that Defendant HUNTER SEEFRIED's [25] Unopposed Motion to Travel is GRANTED; and it is further

**ORDERED** that Defendant HUNTER SEEFRIED shall be permitted to travel from the District of Delaware to Salvo, North Carolina from May 15, 2021 through May 22, 2021.  All other release conditions remain in place.

**SO ORDERED**.

Dated: May 5, 2021

TREVOR N. McFADDEN, U.S.D.J.