### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 21-CR-000287 |
| HUNTER SEEFRIED, | : | |
| Defendant. | : | |

### ORDER

In response to Defendant's Motion to Dismiss Count one of the Indictment, this Court HEREBY ORDERS on this _____ day of _____, 2022, that this motion is GRANTED.

_____
HONORABLE TREVOR N. MCFADDEN
United States District Court Judge