IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| v.   : | Case No. 21-CR-000287-TNM |
| : | |
| : | |
| HUNTER SEEFRIED, : | |
| : | |
| Defendant. : | |

**AMENDED NOTICE JOINING IN CO-DEFENDANT'S, KEVIN SEEFRIED, MOTION TO DISMISS INDICTMENT FOR VIOLATION OF THE SPEEDY TRIAL ACT**

PLEASE TAKE NOTICE that Defendant, Hunter Seefried, through undersigned counsel, files the instant Notice joining in Co-Defendant's, Kevin Seefried, Motion to Dismiss Indictment for Violation of the Speedy Trial Act detailed below:

1. On April 8, 2022, this Court held a Status Conference in this matter, during which the Court and the Parties discussed issues regarding the current trial date and the potential impact of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, upon it.

2. During the conference, Counsel for co-defendant, Kevin Hunter, informed the Court of his client's intent to file a motion to dismiss the Indictment on speedy trial grounds. Undersigned counsel, immediately thereafter, orally motioned this Court for leave to joint in Kevin Seefried's motion to dismiss once filed.

3. The Court granted that request and entered an oral order permitting Hunter Seefried to join in Kevin Seefried's motion to dismiss the indictment on speedy trial grounds.

4. On March 8, 2022, Kevin Seefried filed his Motion to Dismiss Indictment for Violation of the Speedy Trial Act (DI. 60). Accordingly, Hunter Seefried files the instant notice

adopting and joining in Co-defendant's, Kevin Seefried, Motion to Dismiss Indictment for Violation of the Speedy Trial Act.

5. Joining Kevin Seefried' motion to dismiss (DI. 60) in lieu of filing a separate motion is in the interests of justice and judicial economy. It will promote the just determination of the case, simplify procedures, and eliminate unjustifiable expense and delay in accordance with Fed. R. Crim. P. 2.

                                                  Respectfully submitted,

                                                  /s/ Edson A. Bostic
                                                  Edson A. Bostic, Esquire
                                                  The Bostic Law Firm
                                                  1700 Market St., Suite 1005
                                                  Philadelphia, PA 19103
                                                  (267) 239-4693
                                                  Eab.bosticfirm@gmail.com

                                                  Attorney for Defendant,
                                                  Hunter Seefried

Dated: April 12, 2022