# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Criminal Action No. 21-CR-000287-TNM |
| : | |
| **HUNTER SEEFRIED,** : | |
| : | |
| **Defendant,** | |

## DEFENDANT'S MOTION TO EXTEND THE DATE TO SURRENDER TO FEDERAL BUREAU OF PRISONS TO BEGIN SERVING SENTENCE

Defendant, Hunter Seefried, through undersigned counsel, respectfully requests that this Court extend the time for him to surrender to the Bureau of Prisons to begin serving his sentence. Specifically, Mr. Seefried seeks leave of the Court to self-surrender to the BOP on January 2, 2023.

In support of the motion, it is averred:

1. On June 15, 2022, Mr. Seefried was convicted by this Court after a non-jury trial of, *inter alia*, obstruction of an official proceeding, in violation of 18 U.S.C. § 1512(c)(2), 2, as well as several misdemeanors related to the events in the Capitol on January 6, 2022.

2. On October 24, 2022, the Court sentenced Mr. Seefried to twenty-four (24) months of incarceration, followed by twelve (12) months of supervised release, and restitution in the amount of $2,000.00. The Court also granted Mr. Seefried permission to self-surrender to the BOP upon designation of the federal prison where he will serve his sentence.

3. On November 21, 2022, the Probation Office informed Mr. Seefried that he was designated to FCI Allenwood Low and directed him to report to the facility by 2:00 pm on Monday, December 19, 2022, days before the Christmas holiday.

4. Mr. Seefried seeks an extension of the date to report to the facility from December 19 until January 2, 2023, to permit him to spend the Christmas holiday period with his mother, who is experiencing great emotional difficulty relating to her marriage and the fact that Hunter will not be able to be with her during the holiday season. For these reasons, Mr. Seefried is hoping to provide her comfort and support during this limited period before beginning his sentence.

5. Assistant United States Attorney Brittany Reed has informed counsel that the government takes no position on Mr. Seefried's motion to extend the date to self-surrender until January 2, 2023.

WHEREFORE, Counsel respectfully requests that the Court grants Defendant's Motion to Extend the Date to Surrender to the Federal Bureau of Prisons to Begin Serving Sentence and extends the date for Mr. Seefried to report to the BOP's custody until January 2, 2023.

Respectfully submitted,

/s/ Edson A. Bostic
Edson A. Bostic, Esquire
The Bostic Law Firm
1700 Market Street, Suite 1015
Philadelphia, PA 19104
(267) 239-4693
eab.bosticfirm@gmail.com

Dated:  November 30, 2022              Attorney for Hunter Seefried