## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 21-CR-000287-TNM |
| | : | |
| HUNTER SEEFRIED, | : | |
| | : | |
| Defendant. | : | |

### ORDER

In response to Defendant's Motion to Extend the Date to Surrender to the Federal Bureau of Prisons to Begin Serving Sentence, this Court HEREBY ORDERS on this 30th day of November , 2022, that this motion is GRANTED.  IT IS HEREBY ORDERED that Hunter Seefried shall self-surrender to FCI Allenwood to begin serving his sentence by 2:00 pm on Tuesday, January 2, 2023.

HONORABLE TREVOR N. McFADDEN
United States District Court Judge