UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 1:21-CR-287-TNM |
| **HUNTER SEEFRIED**, | |
| Defendant. | |

## AMENDED ORDER

The Court previously granted Defendant Hunter Seefried's Motion to Extend the Date to Surrender to the Federal Bureau of Prisons. *See* ECF No. 127. The Court ordered Seefried to self-surrender on January 2, 2023, but the BOP cannot accommodate that day because it is a federal holiday. Therefore, it is hereby ORDERED that Hunter Seefried shall self-surrender to FCI Allenwood to begin serving his sentence by 2:00 pm on Tuesday, January 3, 2023.

Dated: December 5, 2022

/s/
TREVOR N. McFADDEN, U.S.D.J.