```
 BOPFR  535.03 *                INMATE PROFILE                *    01-29-2024
 PAGE 001                                                          09:43:24
                   25578-509           REG
REGNO: 25578-509                 FUNCTION: PRT DOB/AGE.:
NAME..: SEEFRIED, HUNTER                   R/S/ETH.: W/M/O     WALSH: NO
RSP..: CPA-PHILADELPHIA CCM                MILEAGE.: 99 MILES
PHONE: 445-201-8783          FAX: 215-521-7486
 PROJ REL METHOD: FIRST STEP ACT RELEASE    FBI NO..:
 PROJ REL DATE..: 04-18-2024                INS NO..: N/A
 HOME DETN ELIG.: 02-06-2024                SSN.....:
 FSA COND REL DT: 03-19-2024    PSYCH: NO   DETAINER: NO         CMC..: YES
OFFN/CHG RMKS: 21-CR-287-2 (TNM), OBSTRUCTION OF AN OFFICIAL PROCEEDING & A&A
OFFN/CHG RMKS: ENTER RESTRICTED BLDG,DISORDERLY CONDUCT, 24MOS W/12MOS SRT
    FACL CATEGORY     - - - - CURRENT ASSIGNMENT - - - - -   EFF DATE   TIME
    CPA  ADM-REL    A-DES     DESIGNATED, AT ASSIGNED FACIL  12-14-2023 1237
    CPA  CARE LEVEL CARE1     HEALTHY OR SIMPLE CHRONIC CARE 01-03-2023 1507
    CPA  CARE LEVEL CARE1-MH  CARE1-MENTAL HEALTH            01-05-2023 1608
    CPA  CASE MGT   BIR CERT N BIRTH CERTIFICATE - NO        01-09-2023 1758
    CPA  CASE MGT   CV-HC DENY COVID HOME CONFINEMENT DENIAL 01-09-2023 1754
    CPA  CASE MGT   DRVE LIC N DRIVERS LICENSE - NO          08-24-2023 1356
    CPA  CASE MGT   PHOTO ID N PHOTO ID - NO                 01-09-2023 1758
    CPA  CASE MGT   RELID NEED RELEASE ID NEEDED             11-30-2023 1716
    CPA  CASE MGT   RPP COMPLT RELEASE PREP PGM COMPLETE     03-01-2023 1017
    CPA  CASE MGT   RPP UNT C  RELEASE PREP UNIT PGM COMPLETE 09-12-2023 1411
    CPA  CASE MGT   SSN CARD N SOCIAL SECURITY CARD - NO     01-09-2023 1758
    CPA  CASE MGT   VET P/S N  PARENT/SPOUSE VETERAN - NO    01-09-2023 1758
    CPA  CASE MGT   VETERAN N  VETERAN - NO                  01-09-2023 1758
    CPA  CASE MGT   V94 COA913 V94 CURR OTHER ON/AFTER 91394 01-09-2023 1753
    CPA  CASE MGT   WA NO HIST NO WALSH ACT OFFENSE HISTORY  11-17-2022 0855
    CPA  COMM CORR  ALCH TEST  ALCOHOL TEST, CCM ORDERED     12-14-2023 1237
    CPA  COMM CORR  DRUG TEST  DRUG TEST, CCM ORDERED        12-14-2023 1237
    CPA  COMM CORR  INST TRANS INSTITUTION TRANSFER          12-14-2023 1237
    CPA  CORR SVCS  REQD MONTR REQUIRED MONITORING           11-20-2022 0810
    CPA  COM TX SVC MH NR     MENT HLTH TX NOT REFERRED      10-16-2023 1340
    CPA  CUSTODY    COM       COMMUNITY CUSTODY              12-14-2023 0001
    CPA  DRUG PGMS  ED COMP   DRUG EDUCATION COMPLETE        05-02-2023 0914
    CPA  DESIG/SENT DELTA     TEAM DELTA                     11-17-2022 0855
    CPA  DESIG/SENT FDCD NO   FDCD-DID NOT COMPLY W/JUD REC  11-18-2022 1148
    CPA  EDUC INFO  ESL HAS   ENGLISH PROFICIENT             01-04-2023 1621
    CPA  EDUC INFO  GED EARNED GED EARNED IN BOP             07-07-2023 1525
    CPA  FIN RESP   NO OBLG   FINANC RESP-NO OBLIGATION      01-10-2023 1226
    CPA  FIRST STEP FTC ELIG  FTC-ELIGIBLE - REVIEWED        01-09-2023 1753
    CPA  FIRST STEP N-ANGER N NEED - ANGER/HOSTILITY NO      11-01-2023 1113
    CPA  FIRST STEP N-ANTISO Y NEED - ANTISOCIAL PEERS YES   11-01-2023 1113
    CPA  FIRST STEP N-COGNTV N NEED - COGNITIONS NO          11-01-2023 1113
    CPA  FIRST STEP N-DYSLEX N NEED - DYSLEXIA NO            01-10-2023 1255
    CPA  FIRST STEP N-EDUC N  NEED - EDUCATION NO            11-01-2023 1113
    CPA  FIRST STEP N-FIN PV N NEED - FINANCE/POVERTY NO     11-01-2023 1113
    CPA  FIRST STEP N-FM/PAR Y NEED - FAMILY/PARENTING YES   11-01-2023 1113
    CPA  FIRST STEP N-M HLTH N NEED - MENTAL HEALTH NO       11-01-2023 1113
    CPA  FIRST STEP N-MEDICL N NEED - MEDICAL NO             11-01-2023 1113
    CPA  FIRST STEP N-RLF N   NEED - REC/LEISURE/FITNESS NO  11-01-2023 1113
    CPA  FIRST STEP N-SUB AB N NEED - SUBSTANCE ABUSE NO     11-01-2023 1113

 G0002        MORE PAGES TO FOLLOW . . .
```

```
BOPFR  535.03 *             INMATE PROFILE            *      01-29-2024
PAGE 002 OF 002                                                09:43:24
              25578-509         REG
REGNO: 25578-509              FUNCTION: PRT  DOB/AGE.:
NAME.: SEEFRIED, HUNTER                      R/S/ETH.: W/M/O      WALSH: NO
RSP..: CPA-PHILADELPHIA CCM                  MILEAGE.: 99 MILES
PHONE: 445-201-8783       FAX: 215-521-7486
     FACL CATEGORY   - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
     CPA  FIRST STEP N-TRAUMA N NEED - TRAUMA NO             11-01-2023 1113
     CPA  FIRST STEP N-WORK N   NEED - WORK NO               11-01-2023 1113
     CPA  FIRST STEP R-LW       LOW RISK RECIDIVISM LEVEL    11-01-2023 1113
     CPA  LEVEL      LOW        SECURITY CLASSIFICATION LOW  12-07-2022 1158
     CPA  LOCATION   2IK        COMMUNITY SOLUTIONS INC      12-14-2023 1237
     CPA  MED DY ST  REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 01-05-2023 0843
     CPA  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE     01-05-2023 0843
     CPA  PT OTHER   ANG M WAIT ANGER MANAGEMENT CBT WAIT    06-13-2023 1212
     CPA  PT OTHER   OCP EDU W  OCCUPATIONAL EDUC WAITLIST   04-21-2023 0925
     CPA  RELIGION   NO PREFER  NO PREFERENCE                01-10-2023 1243
     CPA  WAITNG LST HC ELIG    TARGET FOR HOME CONFINEMENT  03-07-2024 1237




















G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
 BOPFR           *       INMATE EDUCATION DATA        *    01-29-2024
PAGE 001 OF 001 *             TRANSCRIPT              *    09:48:12


REGISTER NO: 25578-509    NAME..: SEEFRIED                 FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: CPA-PHILADELPHIA CCM

---------------------------  EDUCATION INFORMATION  --------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
CPA  ESL HAS    ENGLISH PROFICIENT          01-04-2023 1621 CURRENT
CPA  GED EARNED GED EARNED IN BOP           07-07-2023 1525 CURRENT


---------------------------   EDUCATION COURSES   ----------------------------
SUB-FACL  DESCRIPTION                   START DATE  STOP DATE  EVNT AC LV  HRS
ALF       ACE CDL CLASS                 07-10-2023 09-21-2023   P   C  P    20
ALF       ACE SINGLE MAN GOURMET        07-20-2023 09-21-2023   P   C  P    20
ALF       S-ACT WORK KEYS               02-23-2023 08-30-2023   P   C  P    12
ALF       ACE CRC ENTREPRENEUR: OWN BOSS 08-01-2023 09-11-2023  P   C  P     1
ALF       LEVEL 4 GED CLASS 1130-1330   03-04-2023 07-07-2023   P   C  P   164
ALF       S-FORKLIFT CERTIFICATION      05-04-2023 06-07-2023   P   C  P     4
ALF       S-FLAGGER CERTIFICATION       05-05-2023 05-19-2023   P   C  P     5
ALF       15 HOUR DRUG ABUSE EDUCATION  05-02-2023 05-02-2023   P   C  P    12
ALF       HUMAN BODY & CHEMISTRY OF LIFE 02-15-2023 02-15-2023  P   C  P    20
ALF       STRESS MGT & LIFE FIT & WELL  02-15-2023 02-15-2023   P   C  P    20
ALF       RHU START A SMALL BUSINESS    02-01-2023 03-06-2023   P   C  P     3
ALF       RPP 6: PERSONAL GROWTH/DEVELOP 03-01-2023 03-01-2023  P   C  P     1
ALF       RPP 5: REL REQUIRE/PROCEDURES 02-28-2023 02-28-2023   P   C  P     1
ALF       RPP 4: INFORMATION & COMMUNITY 02-28-2023 02-28-2023  P   C  P     1
ALF       RPP 3: PERSONAL FINANCE       02-27-2023 02-27-2023   P   C  P     2
ALF       RPP 2: EMPLOYMENT             02-27-2023 02-27-2023   P   C  P     2
ALF       RPP 1: HEALTH & NUTRITION     02-27-2023 02-27-2023   P   C  P     2
ALF       EXERCISE PHYSIOLOGY (REC)     02-22-2023 02-22-2023   P   C  P     1


---------------------------   HIGH TEST SCORES   -----------------------------
TEST       SUBTEST       SCORE    TEST DATE    TEST FACL    FORM     STATE
GED 2014   MATH          147.0    06-29-2023   ALF                   DC
           RLA           154.0    04-04-2023   ALF                   DC
           SCIENCE       154.0    05-09-2023   ALF                   DC
           SOC STUDY     152.0    04-04-2023   ALF                   DC
TABE M     LANGUAGE        9.9    02-22-2023   ALF          10
           MATH APPL       6.3    02-22-2023   ALF          10
           MATH COMP       3.3    02-22-2023   ALF          10
           READING         9.9    02-22-2023   ALF          10
           TOTAL MATH      4.8    02-22-2023   ALF          10




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
 USAC3  531.01 *             INMATE HISTORY              *    01-30-2024
PAGE 001 OF 001 *              WRK DETAIL                *     07:52:55

 REG NO..: 25578-509 NAME....: SEEFRIED, HUNTER
 CATEGORY: WRK        FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP   DATE/TIME
ALF    MAINT 4 W  MAINT 4 DETAIL (OFF WEDNESDAY) 03-16-2023 0843 12-14-2023 0718
ALF    FAC NEW    FACILITIES NEWLY ASSIGNED I/M  02-24-2023 0001 03-16-2023 0843
ALF    A&O COMP   A&O COMPLETED                  02-22-2023 0900 02-24-2023 0001
ALF    A&O 1      A&O 1 ASSIGNMENT               02-14-2023 1252 02-22-2023 0900
ALF    G SHU R    RELEASED INMATE SHU            02-14-2023 1219 02-14-2023 1252
ALF    SHU/AD     SPECIAL HOUSING/ADMINISTRATIVE 01-23-2023 1623 02-14-2023 1219
ALF    A&O 1      A&O 1 ASSIGNMENT               01-03-2023 1340 01-23-2023 1623




















G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
 BOPFR           *          INMATE DISCIPLINE DATA          *      01-29-2024
PAGE 001 OF 001 *       CHRONOLOGICAL DISCIPLINARY RECORD   *      09:48:41

REGISTER NO: 25578-509 NAME..: SEEFRIED, HUNTER
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 01-29-2024
```

```
G5401         DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```