UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Hunter Seefried,<br><br>Defendant. | Case No. 21-cr-287-2 (TNM) |

### Response to Court Order

On March 22, 2024, the Court ordered "[t]he parties to inform it whether the 160 & 164 Motions to Reduce Sentence remain live." *See* Min. Order (Mar. 22, 2024). Undersigned counsel has spoken with Mr. Seefried and confirmed that he was released from the Bureau of Prison's custody on March 19, 2024. As such, his motion for a sentence reduction, ECF No. 164, has become moot.

With respect to ECF No. 160, it appears that motion was filed by a different defendant—Kevin Seefried (Hunter Seefried's father)—and the Court recently decided the motion in ECF No. 168.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
BENJAMIN FLICK
Research & Writing Attorney
Federal Public Defender's Office
625 Indiana Ave, NW, Suite 550
Washington, D.C. 20004